LEWIS
AND
ROCA
LLP
L A W Y E R S

**Sean D. Garrison  (# 014436)**
**Christopher T. Pierson  (#021977)**
40 North Central Avenue
Phoenix, Arizona  85004-4429
Telephone: (602) 239-7434
Facsimile:  (602) 734-3939
Email:  sgarrison@lrlaw.com
          cpierson@lrlaw.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| ADT Services AG, a Swiss company; and ADT Security Services, Inc., a Delaware corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> Justice Satellite, Inc., dba Justice Satellite, Justice Security, and Justice Satellite And Security, an Arizona corporation and Victor D. Johnson and Petina M. Johnson, husband and wife, <br><br> Defendants. | No. _____ <br><br> **COMPLAINT FOR TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION** <br><br> **(JURY TRIAL DEMANDED)** |

Plaintiffs  ADT  Services  AG  ("ADT")  and  ADT  Security  Services,  Inc.  ("ADT Security"), allege:

### INTRODUCTION

1.          ADT is a Swiss company that owns the worldwide trademark rights in the ADT marks, including but not limited to the famous and distinctive blue ADT logo and ADT Authorized Dealer logo:

LEWIS
AND
ROCA
LLP
L A W Y E R S

2.      ADT is the owner of numerous federal registrations and common law rights in and to the ADT marks in the United States, including but not limited to U.S. Reg. Nos. 1141155, 1109223, 1034716, 0803247, 0846966, 0838956, 0710507, and 0710708 (the ADT Registrations).

3.      ADT's licensees provide, install and service electronic security systems, fire protection, detection and suppression systems, and provide alarm monitoring services for these systems throughout the world.  Consequently, the ADT brand has become well known to consumers as signifying the world leader in fire protection and electronic security services.

4.      ADT Security is the licensee of the U.S. federal trademark rights for the ADT trademarks and the common law rights in the ADT Authorized Dealer™ logo.

5.      Defendants Justice Satellite, Inc. dba Justice Satellite, Justice Security, Justice Satellite & Security, Victor D. Johnson, and Petina M. Johnson (collectively referred to as "Defendants") are offering alarm products and/or monitoring services to customers within the State of Arizona under the guise of being an "ADT Authorized Dealer."  They are not.

6.      Defendants are using the ADT trademarks and ADT Authorized Dealer™ logo without permission to sell alarm products and services.  Despite knowledge of ADT's trademark rights and its repeated demands that Defendants stop using these trademarks, Defendants have refused and continue to profit from their unauthorized use the ADT name and marks.

**JURISDICTION AND VENUE**

7.      This Court has original jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338 because this complaint alleges a violation of federal law, namely the Lanham Trademark Act.  This Court has supplemental jurisdiction over the Arizona common law claim pursuant to 28 U.S.C. § 1367.

1690945.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

8.          Venue is proper in this Court pursuant to 28 U.S.C. § 1391 and 1338 because the events and omissions which give rise to the claims in this action have occurred and continue to occur in this District, and the Defendants reside in this District.

**PARTIES**

9.          ADT Security Services, Inc. ("ADT Security") is a Delaware corporation with its principal place of business at One Town Center Road, Boca Raton, Florida 33431.  ADT Security does business in Arizona and has an office at 2720 South Hardy Drive, Tempe, Arizona 85282-3351.

10.          Justice Satellite Inc. dba Justice Satellite, Justice Security, and Justice Satellite and Security is an Arizona corporation with its principal place of business in Maricopa County, Arizona, and is located, upon information and belief, at 9635 W. Peoria Ave., #105 in Peoria, Arizona.

11.          On information and belief, Victor D. Johnson and Petrina M. Johnson are husband and wife residing in Maricopa County, Arizona at 10904 W. Belmont, Glendale, Arizona 85037.

**GENERAL ALLEGATIONS**

**A.     The ADT Story**

12.          In 1874, 57 diverse "district" telegraph delivery companies merged to create the new American District Telegraph Company – the forerunner of today's ADT.

13.          Today, no less than 8 million commercial, government, and residential customers throughout the world receive security services provided under the ADT brand. ADT's total security solutions include intrusion, fire protection, closed circuit television, access control, critical condition monitoring, electronic article surveillance and integrated systems.  In the U.S. alone, ADT Security receives over 16 million alarm signals per year warning of a threat to people and property.

14.          ADT is one of the largest electronic security services providers in the

3



world and has enjoyed substantial sales under the ADT trademarks and ADT Authorized Dealer™ logo with approximately $3.9 billion dollars of annual sales in the United States last year alone.  ADT helps protect 300 international airports, 80% of the world's top 100 retailers, 26,000 fire departments, 5 million homes and countless businesses, hospitals, ships, museums, roadways, power plants and public buildings.

15.     One way ADT is able to reach out to customers across the U.S. and the world is through ADT's Authorized Dealer program.  Independent alarm service businesses can enter into an ADT Authorized Dealer Agreement with ADT in which they operate as independent contractors, learn techniques to generate business leads, and increase their sales growth.  As an ADT Authorized Dealer, businesses automatically become a major client of ADT's product suppliers, allowing them to receive better deals on key products and services they purchase for their business.

16.     In order to ensure its products and services are maintained and installed with the highest degree of customer satisfaction and quality, ADT offers its ADT Authorized Dealer Training Program to prepare alarm businesses to sell ADT goods and services.  Currently ADT has approximately over 400 Authorized Dealers in the U.S. and over 11 in Arizona.

17.     The ADT trademarks and ADT Authorized Dealer™ logo are used to identify those independent alarm companies that are authorized to install and sell ADT products and services.

**B.     The ADT Trademarks**

18.     The ADT Registrations are valid and subsisting.  Information regarding these registrations from the U.S. Patent and Trademark Office is attached at Exhibit A.

19.     ADT owns common law trademark rights in its ADT Authorized Dealer™ logo as a result of its use and promotion of this mark in commerce by its

4

1690945.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

authorized licensees.

20.    ADT spends millions of dollars annually for the advertising and promoting Plaintiff's Mark through telemarketing, print media, direct mail, television, and signage nationwide, including throughout Arizona.

21.    ADT and its licensees have extensively promoted ADT marks and ADT Authorized Dealer™ logo and associated products and services through various media outlets.   These advertisements have reached a large number of consumers. Furthermore, ADT promotes its ADT trademark on its website at www.adt.com, which receives several million unique visits a year.

22.    ADT has been consistently ranked #1 by Security Distributing & Marketing magazine's annual poll of the electronic security industry's 100 best.

23.    As a result of ADT's extensive use and promotion of the ADT trademark and ADT Authorized Dealer™ logo and the media attention it has received, the ADT trademark is famous, and consumers readily recognize the ADT trademark and ADT Authorized Dealer™ logo as identifying services from ADT.

**C.    Defendants' Intentional Infringement of the ADT marks and ADT Authorized Dealer™ Logo**

24.    On information and belief, Defendants adopted and began using the ADT trademark and ADT Authorized Dealer™ logo in connection with a licensed alarm services business in the State of Arizona.

25.    Defendants are not now and have never been an ADT Authorized Dealer.

26.    On information and belief, Defendants designed a postcard offering a "Free Home Security" system that would be owned by the customer, installed for free, come with a lifetime warranty, and be monitored for only $25 a month.  *See* Exhibit B. The postcard very prominently displays the ADT Authorized Dealer™ logo and implies that the alarm products and services would be installed and managed by an ADT

LEWIS
AND
ROCA
LLP
L A W Y E R S

Authorized Dealer.

27.    Defendants are using the ADT trademark and ADT Authorized Dealer™ logo as a means to get prospective business by trading off of ADT's goodwill and reputation.

28.    On information and belief, Defendants will sign residential customers interested in ADT products and services to competing brands of alarm monitoring services for a cost lower than that charged by ADT for similar services – *i.e.* $25. (*See* Exhibit C, Declarations).

29.    On information and belief, customers believe they are receiving products and services from an ADT Authorized Dealer and that the Defendants are affiliated with ADT.  In fact, they are not and these customers are not receiving ADT products or services.

30.    The postcards used by Defendants have caused actual consumer confusion.  In fact, one recent residential customer tried to cancel her ADT alarm service because she was confused why ADT was charging her more for alarm monitoring when she received a postcard from Defendants stating that ADT service cost $25.  After being advised that Defendants were not ADT Authorized Dealers, this upset customer told the authorized ADT representative that "Either you're playing me or they are."

31.    On information and belief, there are other similarly situated customers in Arizona that are being baited by the Defendants' postcards and then switched to alarm providers that are not ADT.

32.    ADT has repeatedly contacted Defendants to demand that they stop using the ADT trademarks, but Defendants have consistently ignored those demands.

33.    On September 23, 2005, ADT notified the Defendants that the use of its ADT trademark and ADT Authorized Dealer™ logo was a violation of trademark law and demanded that they cease and desist all use.  (*See* Exhibit D, copy of Plaintiff's letter

1690945.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

to Defendant).

34.     Defendants have not replied and, Defendants' infringing actions continue to this day.

35.     In fact, on October 31, 2005, ADT was informed that Defendants appear to be requesting social security numbers from customers under the guise of being an ADT Authorized Dealer and using the ADT Authorized Dealer™ logo.  (*See* Customer Sign-Up Sheet at Exhibit E).

36.     Currently, Defendants are promoting their products and services with postcard attached as Exhibit F.

**D.     The Harm Suffered to ADT by Defendants**

37.     Defendants' unauthorized use of the ADT trademark and ADT Authorized Dealer™ logo has or is likely to continue to lessen the value of ADT's trademarks.

38.     Defendants' unauthorized use of the ADT trademark and ADT Authorized Dealer™ logo has and will continue to irreparably injure Plaintiff and its reputation and goodwill associated with ADT's trademarks and its goods and services.

39.     Defendants have misrepresented themselves by claiming to be ADT Authorized Dealers to potential customers in the State of Arizona and injured ADT's relationship with current and prospective consumers.

40.     Defendants' acts have been and are likely to cause confusion, mistake, or deception as to the source of origin of Defendants' services, to suggest falsely a sponsorship, connection, license, or association of its infringing services with those of Plaintiff by virtue of the above, and will divert profits from Plaintiff.

41.     Unless enjoined, Defendants will continue to willfully infringe and violate ADT's rights in its ADT trademarks and ADT Authorized Dealer™ logo causing damages to ADT.

1690945.1



## COUNT ONE

### (Federal Trademark Infringement Under Lanham Act § 32, 15 U.S.C. § 1114)

42.     Plaintiffs incorporate the allegations of paragraphs 1-40 as if fully set forth.

43.     Defendants' acts are likely to cause confusion, cause mistake, or deceive in that consumers are likely to believe Defendants' products and/or services bearing the name ADT trademark are in some manner approved by, associated with, sponsored by, or in some manner connected with ADT.

44.     Defendants' acts constitute trademark infringement and trademark counterfeiting under the trademark laws of the United States, Lanham Act, 15 U.S.C. § 1114.   Defendants' acts have been willful and undertaken with an intent to deceive potential customers.

45.     By reason of Defendants' foregoing acts, ADT has sustained, and unless Defendants are enjoined, is likely to continue to sustain, substantial injury and damage.

46.     Unless enjoined, Defendants will be unlawfully and unjustly enriched as a result of the foregoing acts.   Defendants have caused, and unless enjoined, will continue to cause, irreparable harm to ADT for which there is no adequate remedy at law.

## COUNT TWO

### (Unfair Competition Under Lanham Act § 43(a), 15 U.S.C. § 1125(a))

47.     Plaintiffs incorporate the allegations of paragraphs 1-40 as if fully set forth.

48.     Defendants have used the ADT trademark and ADT Authorized Dealer™ logo in connection with alarm monitoring goods and services in order to confuse the public into believing that Defendants' services have been authorized or sponsored by ADT.

1690945.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

49.     Defendants' acts are likely to cause confusion, mistake, or deception as to the origin, connection, association, sponsorship, or approval of Defendants and their goods/services by or with ADT and its goods/services, and thus constitutes false designations of origin in violation of 15 U.S.C. § 1125(a)(1)(A).

50.     Defendants' acts constitute willful, deliberate, false, and misleading representations of fact as to the right to use the ADT trademark and ADT Authorized Dealer™ logo in violation of  15 U.S.C. § 1125(a)(1)(B).

51.     Plaintiffs have no adequate remedy at law and have been and will continue to be irreparably injured unless Defendants are enjoined.

## COUNT THREE

### (Unfair Competition Under Arizona Common Law)

52.     Plaintiffs incorporate the allegations of paragraphs 1-39 as if fully set forth.

53.     Defendants' actions constitute unfair competition under Arizona law.

54.     Defendants' actions have caused and are continuing to cause Plaintiffs substantial pecuniary damage and irreparable injury that cannot be accurately computed at this time.  Defendants will continue to cause such damage and irreparable injury unless enjoined.

55.     Upon information and belief, Defendants' actions were committed with an evil mind, namely:

(a)   with the intent to cause injury; or

(b)   through wrongful conduct motivated by spite or ill will; or

(c)   to serve their own interest, having reason to know and consciously disregarding a substantial risk that their conduct might significantly injure the rights of others; or

(d)   by consciously pursuing a course of conduct knowing that they created

9

LEWIS
AND
ROCA
LLP
L A W Y E R S

a substantial risk of significant harm to others.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray that this Court enter judgment in their favor on the claims set forth above and award relief, including, but not limited to, the following:

A.    Preliminary and permanent injunctions, enjoining Defendants and their employees, and agents, and all persons in active concert or participation with any of them, pursuant to 15 U.S.C. § 1116(a), from using the ADT trademarks and ADT Authorized Dealer™ logo or any other confusingly similar version of the ADT trademark in any way, including as a telephone listing, in telemarketing, on a website or in other electronic media, or in advertising in connection with paving services, or any other false suggestion of origin or sponsorship, approval, affiliation, or connection with the Plaintiffs and its services to the extent allowed by law;

B.    Directing such other relief as the Court may deem appropriate to prevent the trade and public from deriving any erroneous impression that any services provided or promoted by Defendants are authorized by Plaintiffs or related in any way to Plaintiffs' services;

C.    Ordering Defendants to deliver up for destruction all postcards, labels, signs, prints, insignia, letterhead, brochures, business cards, invoices and any other written or recorded material or advertisements in their possession or control containing the ADT trademark and/or ADT Authorized Dealer™ logo, or any other mark confusingly similar to or encompassing the ADT trademark pursuant to 15 U.S.C. § 1118 or otherwise to the extent allowed by law;

D.    Ordering Defendants to file with this Court and serve on Plaintiff within thirty (30) days from the date of entry of any restraining order and/or injunction, a report in writing, under oath, setting forth in detail the manner and form in which Defendants have complied with the terms of the injunction in accordance with 15 U.S.C. § 1116 and

1690945.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

otherwise.

E.      Ordering Defendants to identify the names and addresses of all persons to whom Defendants' unauthorized postcards have been sent and all persons to whom Defendants' have sold any alarm products and/or security monitoring services since January 1, 2004 so that Plaintiffs may conduct an appropriate corrective advertising campaign to correct the confusion caused by their unlawful use of the ADT trademark and ADT Authorized Dealer™ logo.

F.      Ordering Defendants to identify the names and addresses of all persons Defendants have used for the printing of their unauthorized postcards.

G.      Ordering Defendants to pay ADT:

   (1)     all profits, gains and advantages obtained from Defendants' unlawful conduct, including lost profits and corrective advertising damages in an amount to be determined at trial, as provided in 15 U.S.C. § 1117, and otherwise;

   (2)     all monetary damages sustained and to be sustained as a consequence of Defendants' unlawful conduct, including lost profits and corrective advertising damages, in an amount to be determined at trial pursuant to 15 U.S.C. § 1117, and otherwise;

   (3)     the cost of advertising to correct the confusion caused by Defendants' use of the ADT trademark and/or ADT Authorized Dealer™ logo; and

   (4)     Plaintiffs' costs and disbursements of this action, including reasonable attorneys' fees pursuant to 15 U.S.C. § 1117(a) and other applicable laws.

H.      Ordering that Defendants' profits or Plaintiffs' damages, whichever is greater, be trebled as provided under 15 U.S.C. § 1117(b).

1690945.1



1       I.     Awarding pre-judgment interest on the above damages awards.

2       J.     Assessing court costs against Defendants.

3       K.    Awarding punitive damages on Count Three given Defendants' intentional,

4 malicious acts and callous disregard of Plaintiffs' rights under Arizona law.

5       L.     Awarding such other relief as this Court may deem just and proper.

6

7     DATED this 27th day of January, 2006.

8                         LEWIS AND ROCA LLP

9

10                  By    /s/ Sean D. Garrison

11                       Sean D. Garrison

12                       Christopher T. Pierson

                 40 North Central Avenue

13                  Phoenix, Arizona  85004-4429

14                  Telephone: (602) 262-5311

                 *Attorneys for Plaintiffs ADT Services AG and ADT*

15                  *Security Services, Inc.*

16

17

18

19

20

21

22

23

24

25

26

1690945.1

# EXHIBIT A

# EXHIBIT A



## United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System(Tess)**

*TESS was last updated on Sat Dec 10 04:13:33 EST 2005*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)* |



| | |
|---|---|
| **Word Mark** | ADT |
| **Goods and Services** | IC 009. US 021. G & S: Freight Car Identification System Using Closed Circuit Television. FIRST USE: 19790414. FIRST USE IN COMMERCE: 19790414 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Design Search Code** | |
| **Serial Number** | 73219628 |
| **Filing Date** | June 14, 1979 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | May 6, 1980 |
| **Registration Number** | **1141155** |
| **Registration Date** | November 4, 1980 |

**Owner**            (REGISTRANT) American District Telegraph Company CORPORATION NEW JERSEY Suite 9200 ONE WORLD TRADE CENTER New York NEW YORK 10048

(LAST LISTED OWNER) ADT SERVICES AG CORPORATION BY CHANGE OF NAME, BY CHANGE OF NAME, BY CHANGE OF NAME, BY ASSIGNMENT, BY ASSIGNMENT, BY ASSIGNMENT SWITZERLAND SCHWERTSTRASSE 9 SCHAFFHAUSEN SWITZERLAND CH-8201

**Assignment Recorded**     ASSIGNMENT RECORDED

**Attorney of Record**      J ALLISON STRICKLAND

**Prior Registrations**     0700676;1109223

**Type of Mark**            TRADEMARK

**Register**                PRINCIPAL

**Affidavit Text**          SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20010920.

**Renewal**                 1ST RENEWAL 20010920

**Live/Dead Indicator**     LIVE

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

| HOME | SITE INDEX | SEARCH | *e*BUSINESS | HELP | PRIVACY POLICY |

Trademark Electronic Search System (TESS)



# United States Patent and Trademark Office

**Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help**

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Sat Dec 10 04:13:33 EST 2005*

**TESS HOME** | **NEW USER** | **STRUCTURED** | **FREE FORM** | **BROWSE DICT** | **SEARCH OG** | **BOTTOM** | **HELP**

Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

**TARR Status** | **ASSIGN Status** | **TDR** | **TTAB Status**   *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | ADT |
| **Goods and Services** | IC 009. US 026. G & S: ENERGY CONSERVATION APPARATUS-NAMELY, SWITCH GEAR ARRANGED TO ACTIVATE AND DEACTIVATE ELECTRICAL LOADS IN ACCORDANCE WITH A PRE-DETERMINED SCHEDULE OR IN ACCORDANCE WITH SELECTED CONDITIONS. FIRST USE: 19761007. FIRST USE IN COMMERCE: 19761007 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Design Search Code** | |
| **Serial Number** | 73149633 |
| **Filing Date** | November 23, 1977 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Change In Registration** | CHANGE IN REGISTRATION HAS OCCURRED |
| **Registration Number** | **1109223** |
| **Registration Date** | December 19, 1978 |

| | |
|---|---|
| **Owner** | (REGISTRANT) AMERICAN DISTRICT TELEGRAPH COMPANY CORPORATION NEW JERSEY 1 WORLD TRADE CENTER, SUITE 9200 NEW YORK NEW YORK 10048 |
| | (LAST LISTED OWNER) ADT SERVICES AG CORPORATION ASSIGNEE OF SWITZERLAND SCHWERTSTRASSE 9 CH-8200 SHAFFHAUSSEN SWITZERLAND |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Prior Registrations** | 0700676;1010952;AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 8 (6-YR). |
| **Renewal** | 1ST RENEWAL 19990512 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



# United States Patent and Trademark Office

**Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help**

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Sat Dec 10 04:13:33 EST 2005*

**TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP**

Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

**TARR Status | ASSIGN Status | TDR | TTAB Status** *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | ADT |
| **Goods and Services** | IC 009. US 026 021. G & S: CLOSED CIRCUIT TELEVISION EQUIPMENT-NAMELY, CLOSED CIRCUIT TELEVISION SYSTEMS, TELEVISION CAMERAS, TELEVISION MONITORS AND MONITOR UNITS, TELEVISION CAMERA LENSES, TELEVISION CAMERA ZOOM LENSES AND REMOTE CONTROL UNITS, TELEVISION CAMERA MOUNTINGS AND HOUSINGS AND VIDEO SWITCHES FOR PROVIDING A SINGLE OUTPUT FROM A PLURALITY OF INPUTS. FIRST USE: 19731204. FIRST USE IN COMMERCE: 19731204 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Design Search Code** | |
| **Serial Number** | 73061512 |
| **Filing Date** | August 27, 1975 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | **1034716** |
| **Registration Date** | March 2, 1976 |

| | |
|---|---|
| **Owner** | (REGISTRANT) AMERICAN DISTRICT TELEGRAPH COMPANY CORPORATION NEW JERSEY 155 6TH AVE. NEW YORK NEW YORK 10013 |
| | (LAST LISTED OWNER) ADT SERVICES AG CORPORATION ASSIGNEE OF SWITZERLAND ALPENSTRASSE 1 CH-6300 ZUG SWITZERLAND |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | MARK D. ENGELMANN |
| **Prior Registrations** | 0700676;1010952;AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 8 (6-YR). |
| **Renewal** | 1ST RENEWAL 19960801 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



# United States Patent and Trademark Office

**Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help**

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Sat Dec 10 04:13:33 EST 2005*

**TESS HOME** | **NEW USER** | **STRUCTURED** | **FREE FORM** | **BROWSE DICT** | **SEARCH OG** | **BOTTOM** | **HELP**

Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

**TARR Status** | **ASSIGN Status** | **TDR** | **TTAB Status**   *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | ADT |
| **Goods and Services** | IC 037. US 103. G & S: INSTALLATION, INSPECTION, MAINTENANCE AND TROUBLE CALL SERVICE FOR ELECTRICAL PROTECTION EQUIPMENT AND SYSTEMS-NAMELY, FIRE ALARM EQUIPMENT AND SYSTEMS, WATCHMEN'S SUPERVISORY EQUIPMENT AND SYSTEMS, SPRINKLER AND WATERFLOW SUPERVISORY EQUIPMENT AND SYSTEMS, INTRUDER AND BURGLAR ALARM EQUIPMENT AND SYSTEMS, AND INDUSTRIAL PROCESS SUPERVISORY EQUIPMENT AND SYSTEMS. FIRST USE: 19370100. FIRST USE IN COMMERCE: 19370100. |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Design Search Code** | |
| **Serial Number** | 72216777 |
| **Filing Date** | April 19, 1965 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | **0803247** |
| **Registration Date** | February 1, 1966 |

| | |
|---|---|
| **Owner** | (REGISTRANT) AMERICAN DISTRICT TELEGRAPH COMPANY CORPORATION NEW JERSEY 155 6TH AVENUE NEW YORK NEW YORK |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Prior Registrations** | 0700676;0719064;AND OTHERS |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. |
| **Renewal** | 1ST RENEWAL 19860201 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



# United States Patent and Trademark Office

**Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | *eBusiness* | eBiz alerts | News | Help**

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Sat Dec 10 04:13:33 EST 2005*

**TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP**

Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

**TARR Status | ASSIGN Status | TDR | TTAB Status** *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | ADT |
| **Goods and Services** | IC 009. US 021. G & S: ELECTRIC PROTECTION EQUIPMENT-NAMELY, FIRE ALARM BOXES, FIRE DETECTING AND ALARM DEVICES, WATCHMEN'S TOUR STATIONS, SPRINKLER SUPERVISORY AND WATERFLOW ALARM DEVICES, INTRUDER ALARM APPARATUS, AND VAULT ALARM DEVICES. FIRST USE: 19660802. FIRST USE IN COMMERCE: 19660802 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Design Search Code** | |
| **Serial Number** | 72253479 |
| **Filing Date** | August 31, 1966 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | **0846966** |
| **Registration Date** | April 2, 1968 |

**Owner** (REGISTRANT) AMERICAN DISTRICT TELEGRAPH COMPANY CORPORATION NEW JERSEY 155 6TH AVE. NEW YORK NEW YORK 10013

(LAST LISTED OWNER) ADT, INC. CORPORATION BY CHANGE OF NAME FROM NEW JERSEY 300 INTERPACE PARKWAY PARSIPPANY NEW JERSEY 07054

**Assignment Recorded** ASSIGNMENT RECORDED

**Prior Registrations** 0700676;0803247;0838956;AND OTHERS

**Type of Mark** TRADEMARK

**Register** PRINCIPAL

**Affidavit Text** SECT 15.

**Renewal** 1ST RENEWAL 19880402

**Live/Dead Indicator** LIVE

---

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



# United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Sat Dec 10 04:13:33 EST 2005*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)* |



| | |
|---|---|
| **Word Mark** | ADT |
| **Goods and Services** | IC 035. US 101. G & S: CENTRAL STATION ELECTRIC PROTECTION SERVICE, INCLUDING FIRE ALARM SERVICE, WATCHMEN'S SUPERVISORY SERVICE, SPRINKLER AND WATERFLOW SUPERVISORY SERVICE, INTRUDER AND BURGLAR ALARM SERVICE, INDUSTRIAL PROCESS SUPERVISORY SERVICE [ , AND TELEPHONE ANSWERING SERVICE ]. FIRST USE: 19650215. FIRST USE IN COMMERCE: 19650215 |

IC 037. US 103. G & S: INSTALLATION, INSPECTION, MAINTENANCE AND TROUBLE CALL SERVICE FOR ELECTRICAL PROTECTION EQUIPMENT AND SYSTEMS- NAMELY, FIRE ALARM EQUIPMENT AND SYSTEMS, WATCHMEN'S SUPERVISORY EQUIPMENT AND SYSTEMS, SPRINKLER AND WATERFLOW SUPERVISORY EQUIPMENT AND SYSTEMS, INTRUDER AND BURGLAR ALARM EQUIPMENT AND SYSTEMS, AND INDUSTRIAL PROCESS SUPERVISORY EQUIPMENT AND SYSTEMS. FIRST USE: 19650215. FIRST USE IN COMMERCE: 19650215

(EXPIRED) IC 041. US 107. G & S: SUPPLYING BACKGROUND MUSIC TO INDUSTRIAL, COMMERCIAL, MERCANTILE, AND OTHER PUBLIC AND PRIVATE ESTABLISHMENTS. FIRST USE: 19650215. FIRST USE IN COMMERCE: 19650215

| | |
|---|---|
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Design Search Code** | |
| **Serial Number** | 72252614 |
| **Filing Date** | August 18, 1966 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | August 29, 1967 |
| **Registration Number** | **0838956** |
| **Registration Date** | November 14, 1967 |
| **Owner** | (REGISTRANT) AMERICAN DISTRICT TELEGRAPH COMPANY CORPORATION NEW JERSEY 155 6TH AVE. NEW YORK NEW YORK |
| | (LAST LISTED OWNER) ADT, INC. CORPORATION BY CHANGE OF NAME FROM NEW JERSEY 300 INTERPACE PARKWAY PARSIPPANY NEW JERSEY 070541113 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | FISH & NEAVE |
| **Prior Registrations** | 0700676;0803247;0826555;AND OTHERS |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. |
| **Renewal** | 1ST RENEWAL 19871114 |
| **Live/Dead Indicator** | LIVE |



# United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Sat Dec 10 04:13:33 EST 2005*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |

*( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | ADT |
| **Goods and Services** | IC 009. US 021. G & S: Electric Protection Equipment, Including Fire Alarm Boxes, Fire Detecting and Alarm Devices, Watchmen's Tour Stations, Sprinkler Supervisory and Waterflow Alarm Devices, Intruder Alarm Apparatus, and Vault Alarm Devices. FIRST USE: 19131016. FIRST USE IN COMMERCE: 19131016 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 72086390 |
| **Filing Date** | December 1, 1959 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | **0710507** |
| **Registration Date** | January 31, 1961 |
| **Owner** | (REGISTRANT) AMERICAN DISTRICT TELEGRAPH COMPANY CORPORATION NEW JERSEY 155 6TH AVE. NEW YORK NEW YORK

(LAST LISTED OWNER) ADT SERVICES AG CORPORATION BY CHANGE OF NAME, BY CHANGE OF NAME, BY ASSIGNMENT, BY ASSIGNMENT SWITZERLAND SCHWERTSTRASSE 9 CH-8201 SCHAFFHAUSEN SWITZERLAND |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |

| | |
|---|---|
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20010526. |
| **Renewal** | 2ND RENEWAL 20010526 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| HOME | SITE INDEX| SEARCH | *e*BUSINESS | HELP | PRIVACY POLICY



# United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Sat Dec 10 04:13:33 EST 2005*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |

*( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | ADT |
| **Goods and Services** | IC 035. US 100. G & S: Central Station Electric Protection Service, Including Fire Alarm Service, Watchmen's Supervisory Service, Sprinkler and Waterflow Supervisory Service, Intruder and Burglar Alarm Service, and Industrial Process Supervisory Service. FIRST USE: 19030000. FIRST USE IN COMMERCE: 19030000 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 72086389 |
| **Filing Date** | December 1, 1959 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | **0710708** |
| **Registration Date** | January 31, 1961 |
| **Owner** | (REGISTRANT) AMERICAN DISTRICT TELEGRAPH COMPANY CORPORATION NEW JERSEY 155 6TH AVE. NEW YORK NEW YORK |
| | (LAST LISTED OWNER) ADT SERVICES AG CORPORATION BY CHANGE OF NAME, BY CHANGE OF NAME, BY CHANGE OF NAME, BY ASSIGNMENT, BY ASSIGNMENT, BY ASSIGNMENT SWITZERLAND SCHWERTSTRASSE 9 CH-8201 SCHAFFHAUSEN SWITZERLAND |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Type of Mark** | SERVICE MARK |

**Register**          PRINCIPAL

**Affidavit Text**      SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20010526.

**Renewal**          2ND RENEWAL 20010526

**Live/Dead Indicator**  LIVE

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Trademark Electronic Search System (TESS)

# EXHIBIT B

# EXHIBIT B

















# FREE
## HOME SECURITY

You own the equipment • No down payment • No installation fee
Lifetime Service Warranty • Monitoring is less than $1 a day

**WHAT DO YOU OWN WORTH MORE THAN YOU AND YOUR FAMILY?**
**The last thing you want is to come home and find someone in your house.**

## 1-866-367-5456



$25 a month

AUTHORIZED DEALER
**ADT** Security Services

CALL NOW FREE DVD PLAYER

 

MR RONNY R RATTRAY
12657 N 150TH LN
SURPRISE ARIZONA          85379-6913

     

# EXHIBIT C

# EXHIBIT C

3

## Declaration of Jean Stipulski

I, Jean Stipulski, am competent to testify to the matters set forth herein and make this declaration of my own personal knowledge and belief.

**1.** I currently reside in the Queen Creek, Arizona and have been searching for an alarm system and monitoring service for my home.

**2.** On October 19, 2005, I contracted with an ADT Authorized Dealer (Crimebusters) to install my ADT alarm system and have ADT provide my monitoring services for $34.99 per month.

**3.** One day later, on October 20, 2005, I found a bright green postcard from ADT (postmarked September 23, 2005) in my drawer advertising an ADT alarm, monitoring, installation, lifetime warranty, and a free DVD player for $19.99 per month. A true and correct copy of this postcard is attached to this Declaration. Since this price was much lower than the price I just paid for my system and service I called Pam Hansen with Crimebusters to find out why.

**4.** Pam Hansen was aware of similar postcards. She told me that this postcard was part of a "bait & switch scheme" and was not offered by ADT or an ADT Authorized Dealer. She suggested that I call the telephone number and inquire about the offer.

**5.** I then proceeded to call the telephone number listed on the postcard with the ADT logo on it

– (623) 322-7435 and spoke with a gentleman. I stated I had received a postcard regarding home security from ADT for $19.99 per month. He responded "Yes." When asked whether he ADT, he said "Yes" the first two times. Then after asking a third time, he admitted that they were "brokers" for ADT and they get the contracts and sell them to ADT. Then the gentlemen advised me that if I wanted to deal directly with ADT to call ADT. I said "Ok, I'll think about it an get back to you." The telephone conversation was then terminated.

**6.** I then called Pam Hansen back and let her know that she was correct and relayed my conversation to her.

**7.** I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 21st day of October, 2005 at Queen Creek, Arizona.

By _____

Jean Stipulski

Friday, October 21, 2005 America Online: Jeanniejoes





## Declaration of Alan G. Hagh

I, Alan G. Hagh, am competent to testify to the matters set forth herein and make this declaration of my own personal knowledge and belief.

1.    I am an ADT Residential Sales Representative in the State of Arizona and have been employed by ADT Security Services, Inc. for approximately four months.

2.    On or about August 13, 2005, I signed Paula Zazueta, of Phoenix, Arizona as an ADT residential customer for burglar alarm monitoring services.  The cost of these services was $34.99 per month.

3.    A few days later Ms. Zazueta's daughter, Adriana, contacted me because her mother had received a postcard advertising alarm monitoring services from an "ADT Authorized Dealer" for $25.00 including with monitored burglar and fire.  Adriana wanted me to explain the discrepancy between the price her mother was paying and the price for the same "ADT Services" listed on the postcard.  Communications regarding this matter were made between Adriana and myself due to the fact that her mother spoke very little English.

4.    I asked Adriana to give me the name and the number of the person listed on the postcard and I would look into the matter further.

5.    I called the telephone number Adriana gave me, (623) 322-7435, and spoke with a gentleman named Victor.  During my conversation with Victor, I posed as a potential customer interested in obtaining ADT alarm products and monitoring services.  Victor confirmed that he could provide me alarm products and both burglar and smoke/fire monitoring services from ADT for $25 a month.

6.    Since I did not believe Victor was an ADT Authorized Dealer, I passed this information to my boss – Bob Bentley, so that he could follow-up on this matter.

7.    At this point in time I called Adriana back and explained that I spoke with Victor and my boss and informed her that Victor could not be offering ADT products/services for that price pursuant to ADT policies.  Adriana stated that she would talk with Paula and get back to me.

1

8.      A few days later, Adriana contacted me regarding this situation.  Adriana stated that Paula was a "little confused about this situation," did not believe that the price discrepancy "seemed right," and told me that "Either you're playing me or they are."

9.      Furthermore, Adriana stated that Paula was unhappy and wanted to cancel ADT's monitoring service because Paula felt she could get a lower price with the same company (ADT) from this other dealer – Victor.

10.     I informed Adriana, that Paula's contract was past the 3-day grace period in which cancellations are allowed and that her contract could not be cancelled free of charge.  There is a $450 early termination fee for cancellations made within the first year of service.

11.     I then asked Adriana to fax the advertisement she received.  The "ADT Authorized Dealer" logo was present on the postcard faxed to my attention.

12.     I believe this confusion has caused injury to ADT's relationship with this particular customer.

        I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

        EXECUTED this *13* day of September, 2005 at Tempe, Arizona.

                By      _____
                        Alan G. Hagh

2

## Declaration of Robert D. Bentley

I, Robert D. Bentley, am competent to testify to the matters set forth herein and make this declaration of my own personal knowledge and belief.

1.     I am the ADT Residential Sales Manager for the State of Arizona and have been employed by ADT Security Services, Inc. for approximately three years.

2.     On or about Thursday, August 18, 2005, one of my Sales Representatives, Alan Hagh, informed me that he had spoken with an individual named Victor who stated he was an "ADT Authorized Dealer."

3.     After receiving Victor's contact information from Mr. Hagh, I contacted Victor at (623) 322-7435.

4.     During this telephone conversation Victor told me that he was with ADT.

5.     I then requested the name of the company for whom Victor worked.  The name of the company Victor gave me is not an "ADT Authorized Dealer."

6.     When I began to further question Victor, he backpeddled and then told me he never said he was an "Authorized Dealer" for ADT.

7.     Shortly thereafter, I terminated the telephone call.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

EXECUTED this _3/_ day of September, 2005 at Tempe, Arizona.

By _____
Robert D. Bentley

## Declaration of Jeff Rodgers

I, Jeff Rodgers, am competent to testify to the matters set forth herein and make this declaration of my own personal knowledge and belief.

1.      I have been the General Manager of Alliance Protection, an alarm company in the State of Arizona, for the past 5 years.  Alliance Protection has been an ADT Authorized Dealer for almost 1 year.

2.      On or about August __25_, 2005, I received a postcard in the mail advertising a free security system and monitoring for $19.99 from an "ADT Authorized Dealer."  Based on my knowledge of ADT's pricing structure I found this price to be puzzling.  There was a price discrepancy between what rates I am able to charge as an "Authorized ADT Dealer" and the rate for ADT services listed on the postcard.

3.      On or about September __4_, 2005, I was with an ADT residential customer, __Jay Engroff_____ - from Anthem, Arizona, who also had received a postcard advertising alarm monitoring services from an "ADT Authorized Dealer" for $19.99.  This customer asked me about the price discrepancy for what appeared to be the same exact services he was receiving.  Due to this customer's confusion with the price discrepancy and the ADT logo on the postcards, the customer and I called the telephone number listed on the postcard, (623) 322-7435, from my cell phone to inquire about the ADT alarm products/services.  Our call was not answered, so we left a message.

4.      Later, in response to our call, I received a call from Victor Johnson on my cell phone.  As I have known Mr. Johnson for approximately three years, I recognized his voice.

5.      During our conversation, I asked Victor how he was able to get away with using the "ADT Authorized Dealer" logo.  Victor stated that he did not own the (623) 322-7435 phone number and it was not is his own name.  He also told me that he did not send out the mailers himself, but rather relied on a bulk mailing company to send out the postcards.

1

6.      Victor also stated that the only way ADT could shut him down was to shut down the entire "ADT Authorized Dealer" program.

7.      A short time thereafter I terminated our conversation.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

EXECUTED this ___20__ day of September, 2005 at Scottsdale, Arizona.

By      _Jeff Rodgers_____
        Jeff Rodgers

2

## <u>Declaration of Pamela Jean Hansen</u>

I, Pamela Jean Hansen, am competent to testify to the matters set forth herein and make this declaration of my own personal knowledge and belief.

1.      I am employed by PNR Promotions as a marketing manager in Tempe for Crimebusters, an ADT Authorized Dealer. I have worked in this capacity for approximately the past 3 years. My main area of responsibility is setting sales appointments for potential ADT customers.

2.      On or about September 27, 2005, I called a potential customer to speak with them about ADT's alarm systems and monitoring services and provide them a quote. This potential customer responded to my sales call by informing me that they recently received many different informational pamphlets and advertisements from ADT.

3.      This potential customer stated that one advertisement was a postcard received in the mail offering free equipment, installation, and activation by ADT for $19.95. I was told the postcard even offered a free DVD player for new customers. This postcard listed two telephone numbers to inquire about the alarm services: (623) 322-7435 and (800) 611-7928.

4.      Based on my knowledge of ADT's pricing structure, I explained to this potential customer that ADT does not offer monitored services for this price, that this postcard was part of a "bait & switch scheme," and was not offered by ADT or an ADT Authorized Dealer. I told the potential customer that these people were just using the ADT name to get their foot in the door.

5.      After completing my call with this potential customer, I called the (623) 322-7435 telephone number from the postcard. I told the gentleman who answered the telephone that I had received a postcard in the mail about ADT alarm services for $19.95. After asking who I was speaking to, this person replied "Mr. Johnson." He further stated that he was the "Regional Director of ADT." I once again asked Mr. Johnson if he was from ADT and he stated "Yes, that is right."

1

10/20/2005 13:30 FAX 4804818089        CRIMEBUSTERS                    ☑003
Lewis and Roca LLP    10/20/2005 11:14 AM    PAGE    3/003    Fax Server

6.     I played along with the phone call and asked Mr. Johnson three times throughout our conversation to confirm that I would receive the alarm, free installation, and monitoring services from ADT.  Mr. Johnson responded each time – "Yes, that is right."

7.     To avoid raising suspicion, I told Mr. Johnson that I must talk to my husband about this deal from ADT and that I would have my husband contact him later that day to confirm the details.  Shortly thereafter I terminated our conversation.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 20th day of October, 2005 at Tempe, Arizona.

By    _Pamela J. Hansen_
         Pamela Jean Hansen

# EXHIBIT D

# EXHIBIT D

4



LEWIS
AND
ROCA
——LLP——
L A W Y E R S

| Sean D. Garrison | Direct Dial: 602.239-7434 |
| 40 North Central Avenue | Direct Fax:  602.734-3939 |
| Suite 1900 | sgarrison@lrlaw.com |
| Phoenix, Arizona  85004-4429 | Admitted in: Arizona |

Our File Number:  40232-00003

September 23, 2005

**File Copy**

VIA FEDERAL EXPRESS

Victor Johnson
10904 W. Belmont
Glendale, Arizona 85037

VIA FEDERAL EXPRESS

Victor Johnson
Justice Satellite, Inc.
9635 W. Peoria Ave., #105
Peoria, Arizona 85345

   *Re: ADT v. Johnson and Justice Satellite and Security*

Dear Mr. Johnson:

   We represent ADT Services AG ("ADT") and its United States licensee ADT Security Services, Inc. (ADT US). (collectively, "ADT").   ADT Services AG is the owner of the "ADT" name and related trademark and service marks (the "ADT Marks"). The ADT Marks are registered around the world, including registrations in the United States for numerous goods and services including alarms, security services and related products.

   Despite ADT's prior notifications to you that you may not use its ADT Marks, we have learned that you and your company are continuing to fraudulently represent to consumers that you are a security alarm company that is authorized to sell ADT alarm services and that you are using the ADT authorized dealer logo in order to market your services.  It is also our understanding that you are using the ADT mark, without ADT Services AG's authorization, to gain entry into potential customers' homes and then using the age old "bait-and-switch" routine to sell them the services of another company.

   Your actions constitute trademark counterfeiting, trademark infringement and unfair competition under both federal and state law.  ADT once again demands that you immediately stop infringing the ADT Marks.  If you immediately cease all use of the ADT name and Marks, and enter into an agreement under which you confirm, among other things, that you have stopped all such use by no later than October 7, 2005, our clients are willing to waive all claims they have against you and your company for past infringement.  Otherwise, we will file appropriate legal action against you and your

1668797.1

P H O E N I X • T U C S O N • L A S   V E G A S • A L B U Q U E R Q U E
*www.lewisandroca.com*



Victor Johnson
September 23, 2005
Page 2

company and seek all remedies available to our clients under the law including, but not limited to, an injunction, an order of destruction of all infringing materials, your company's profits derived from the infringement, treble damages, costs and attorneys' fees.  Your actions are completely unacceptable and must not continue.

Please contact me, or have your attorney contact me, immediately upon your receipt of this letter so that we can determine whether this matter can be resolved without going to court.  If I do not hear from you by October 7, we will assume that you have no interest in amicably resolving this matter and no intention to stop using the ADT Marks.

We look forward to your prompt response.

Sincerely,
LEWIS AND ROCA LLP

Sean D. Garrison

SDG:sg

c: Paul Strapp – Assistant General Counsel, ADT Security Services Inc. (via e-mail)
   ADT Services AG, c/o Susan McFee (e-mail: smcfee@tyco.com) – Senior Trademark Counsel, Tyco International (US) Inc.

# EXHIBIT E

# EXHIBIT E

  

$19.99-$25.00
Yes, I would like
Central Security

$99.00  $32.99/month
Yes, I would like ADT
_____

$25.00
Yes, I would like
Monitronics
_____

Name (First) _____   Name (Last) _____

Address _____   City _____   State _____   Zip _____

Phone _____

Door ____ 4  1X 50        Account # _____
Window ___ 3  X 50        Download # _____
Motion ___ 3   2X 75       S.S.# _____
Glass Break _____
Pre-Wire _____
Key Pads ___ 2  1X75
4 Button Keys _____
Vaulted _____
Block Home _____
Stucco _____
Problems/Comments: _____
Trouble Shooting _____
Zones:

| 1 | 6 | 11 | 16 |
| 2 | 7 | 12 | 17 |
| 3 | 8 | 13 | 18 |
| 4 | 9 | 14 | 19 |
| 5 | 10 | 15 | 20 |

Broker
602-430-8020
Victor Johnson

Signuature _____

# EXHIBIT F

# EXHIBIT F

# WHO WILL YOU TRUST...
## TO PROTECT YOUR FAMILY?



## Call within 48 hours &
## receive a Complimentary:

# DVD PLAYER!



**$19.99**
per month

**602-430-8020**

* Yard Sign
* Widow Decals
* You Own the System
* $500 Insurance Deductible
* No Installation Fee
* No Activation Fee
* Lifetime Parts and Labor
* Master Control Panel

* (LCD) Digital Keypad
* Backup Battery
* 110 deb. Siren
* Phone Cord
* Phone Block
* One Motion Sensor
* 3 Door or Window Sensors
  (25 Pre-Wired)