UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

|  |  |
|---|---|
| ADT Services AG, a Swiss company; and ADT Security Services, Inc., a Delaware corporation,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>Justice Satellite, Inc., dba Justice Satellite, Justice Security, and Justice Satellite and Security, an Arizona corporation, and Victor D. Johnson and Petina M. Johnson, husband and wife,<br><br>　　　　　　　　　　Defendants. | No.  CV06-0347-PHX-EHC<br><br>**DEFAULT JUDGMENT AND PERMANENT INJUNCTION** |

Defendants Justice Satellite, Inc., dba Justice Satellite, Justice Security, and Justice Satellite and Security and Victor Johnson have failed to appear in this case and their default has been entered.  (Dkt. 10.)  The Court, upon consideration of the pleadings, motions, supporting declarations and exhibits, and for good cause appearing, enters judgment against these two defendants.

**IT IS HEREBY ORDERED** that Defendants Justice Satellite, Inc., dba Justice Satellite, Justice Security, and Justice Satellite and Security and Victor Johnson and their respective employees, and agents, and all persons in active concert or participation with any of them are:

A.　　Permanently enjoined, pursuant to 15 U.S.C. § 1116(a), from using the ADT® trademarks and ADT Authorized Dealer™ logo or any other confusingly similar version of the

ADT® trademark in any way, including as a telephone listing, in telemarketing, on a website or in other electronic media, or in advertising in connection with security or alarm goods and services, or any other false suggestion of origin or sponsorship, approval, affiliation, or connection with the Plaintiffs and its goods and services to the extent allowed by law;

B.     Ordered to deliver up for destruction all postcards, labels, signs, prints, insignia, letterhead, brochures, business cards, invoices and any other written or recorded material or advertisements in their possession or control containing the ADT® trademark and/or ADT Authorized Dealer™ logo, or any other mark confusingly similar to or encompassing the ADT® trademark pursuant to 15 U.S.C. § 1118 or otherwise to the extent allowed by law to Plaintiff's counsel within ten (10) days from the date of entry of this Permanent Injunction;

C.     Ordered to file with this Court and serve on Plaintiff within ten (10) days from the date of entry of this Permanent Injunction, a report in writing, under oath, setting forth in detail the manner and form in which Defendants have complied with the terms of the injunction in accordance with 15 U.S.C. § 1116 and otherwise;

D.     Ordered to identify in an affidavit to Plaintiff's counsel within ten (10) days from the date of entry of this Permanent Injunction the names and addresses of all persons to whom Defendants' unauthorized postcards have been sent and all persons to whom Defendants' have sold any alarm products and/or security monitoring services since January 1, 2004 so that Plaintiffs may conduct an appropriate corrective advertising campaign to correct the confusion caused by their unlawful use of the ADT® trademark and ADT Authorized Dealer™ logo; and

E.     Ordered to identify in an affidavit to Plaintiff's counsel within ten (10) days from the date of entry of this Permanent Injunction the names and addresses of all persons Defendants have used for the design, printing, and/or mailing of their postcards and/or other advertising materials or printed publications.

**IT IS FURTHER ORDERED DENYING** Plaintiffs' Request For Hearing (Dkt. 13) as moot.

Dated this 11th day of May, 2006.

_____
Earl H. Carroll
United States District Judge